

# Fourth Court of Appeals
## San Antonio, Texas

August 2, 2019

No. 04-19-00434-CV

**IN THE INTEREST OF N.A.T, D.T., S. T., B.L.W., CHILDREN,**

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 18-08-0730-CVA
Bob Brendel, Judge Presiding

## O R D E R

Appellant's attorney has filed a motion seeking access to a portion of the record that is sealed, specifically Volumes 9 and 10 of the reporter's record. The motion is **GRANTED**. The clerk of the court is instructed to provide a copy of the sealed record to appellant's attorney and to appellee's attorney on CD-ROM. All parties and their attorneys are **ORDERED** not to share the contents of the sealed record with any person except to the extent necessary to prepare their respective briefs.

In the event appellant or appellee reference the sealed record in their respective briefs, they are **ORDERED** to (1) file their respective briefs in paper form only, (2) with a cover letter informing the Clerk of this court that the brief references the sealed record. *See* TEX. R. APP. P. 9.2(c)(3) (exception to electronic filing for documents under seal).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of August, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court